# FORM   A

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or**

Rev. 10/10             **UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY

Avren Lamont
Scott #258511

_____

(Full name of the Plaintiff(s) in this action)

v.

Mike Haun

Fredrick Kemen

_____

_____

_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:16-CV-P 815 NJH
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I.   PARTIES

    **(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

    (1) Name of Plaintiff: Avren Lamont Scott

    Place of Confinement: Kentucky State Reformatory

    Address: 3001 W. hwy 146, Lagrange Ky 40032

    Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE ( )

    (2) Name of Plaintiff: _____

    Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___)   PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___)   PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant Mike Haun is employed

as Nurse Practicioner at Kentucky State Reformatory .

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(2) Defendant Frederick Kemen is employed

as Medical Doctor at Kentucky State Reformatory.

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(3) Defendant _____ is employed

as _____ at _____ .

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant _____ is employed

as _____ at _____ .

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

2

(5) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.    PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (___) NO ( ✓ )

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s):     _____

_____

Defendant(s):   _____

_____

Court (if federal court, name the district.  If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

**III.     STATEMENT OF CLAIM(S)**

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.   However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

1) on 1-20-2016 Defendant Kemen a Medical Doctor, wrote an order for the Plaintiff to be Catheterized, with out the Concent of the Plaintiff and with no medical Reason. Defendant Kemen by his unlawfull Actions Violated the Plaintiff United State's Constitutional Rights by Causeing Pain and Injury. This is in Violation of Plaintiff Right to be free of Cruel and unusual Punishment, Plaintiffs Right to Due Process and The Convention Against torture, Ratified in 1994

2) on 1-20-2016 Defendant Haun a Medical Nurse Practicioner, Placed a Catheter in plaintiff bladder with no Medical Reason. This was done against the Concent of the Plaintiff and was only done to Cause Cruel and unusual Punishment in Violation of the plaintiff United State's Constitutional Right to be free of Such Punishment.

4

III. STATEMENT OF CLAIM(S) continued

3) Per Both Defendants this Catheter was put in plaintiff's Bladder to Attempt him from throwing urain and so he could be kept in Restrants longer. The institution has a Mental Health unit to deal with mental Health inmates and the Record will clearly show that this was Done Maliciously and Sidistically and against the Constitution.

Claims for Relief

1) All Defendants Acted under the Color of Law.

## IV.   RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 135,000

✓ grant injunctive relief by Fired & Criminal Charges

✓ award punitive damages in the amount of $16.5 million

✓ other: What Ever the Court See's fit/Tort Law: Mental & emotional distress $635,000

## V.   DECLARATION UNDER PENALTY OF PERJURY
### (each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 19 day of December , 2016.

Avren Scott
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on December 19th, 2016 .

Avren Scott
(Signature)

6