SEP 0 2 2016  COPIED FOR I/M

Rev. /2011

Attachment I
CPP 14.6

## DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE INFORMATION FORM

**Kentucky State Reformatory**
NAME OF INSTITUTION

1-28-16
DATE FILED

| Avren Scott | 16-0052 |
|---|---|
| GRIEVANT'S NAME | GRIEVANCE NUMBER |
| 258511 | Seg. |
| GRIEVANT'S NUMBER | UNIT/HOUSING ASSIGNMENT |

SUBJECT MATTER OF GRIEVANCES (Circle One)

1. Department Regulations
2. Canteen
3. Conflict with Staff
4. Food
5. Furloughs
6. Inmate Accounts
7. Housing Assignments
8. Grievance Mechanism
9. Institutional Physical Conditions
10. Institutional Regulations
11. Job Assignments
12. Legal Services
13. Mail
14. **Medical/Dental/Mental Health Services**
   a. Access to Health Care Services
   b. Quality of Health Care
   c. **Unfair or Discriminatory Treatment**
   d. Safety or Sanitation
15. Personal Property
16. Permission to Marry
17. Recreation
18. Religious Services
19. Telephone Calls
20. Treatment Program Assignments
21. Trips away from the facility
22. Visiting

007034

DUE DATES

FEB 2 6 2016
Informal Resolution

RECEIVED
FEB 2 9 2016
KSR GRIEVANCE OFFICE

MAR 1 7 2016
Grievance Committee

RECEIVED
APR 0 4 2016
KSR GRIEVANCE OFFICE

APR 1 2016
Warden/Administrative Review

Notes/ETC.

Grievance Typed: 1-28-16

FEB 0 5 2016   To Informal:  **Kristy Mullins**

MAR 2 1 2016  TO WARDEN

RECEIVED
MAR 2 2 2016
KSR

APR 0 8 2016  TO COMMISS
DUE APR 29 2016

Rev. /2011

Attachment II
CPP 14.6

# DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE FORM

NAME: Avren Scott
INSTITUTIONAL NUMBER: 258511
UNIT/HOUSING ASSIGNMENT: CPTU-C

INSTITUTION: KSR
GRIEVANCE NUMBER: 16-0052
DATE RECEIVED: 1-28-16

**BRIEF STATEMENT OF THE PROBLEM:**
On Jan. 20th I was in Nursing Care strapped in 4 points and I was forced with a catheter inside me in their was no medical reason why I should got a catheter in it hurt a lot and painful in Dr. Mike then force3d me with a catheter and Nurse Sue and I told him no you ain't got my consent to catheter.

**ACTION REQUESTED:**
Investigate and take appropriate action.

_____    _____
GRIEVANT'S SIGNATURE         DATE

Walter Dreier 2/2/16
GRIEVANCE AIDE'S SIGNATURE

**INFORMAL RESOLUTION STAGE**

Order entered by Mike Haun on 1/20/16 for Im to have foley catheter placed due to Im being a cutter and threatening staff. Foley catheter anchored so he couldn't throw urine on staff.

_____    2/26/16
STAFF SIGNATURE    DATE              GRIEVANCE AIDE'S SIGNATURE / DATE

I am ____ or am not ✓ satisfied with this informal resolution to my grievance. (You have 5 working days to forward this form to the Grievance Coordinator to request a hearing.)

Avrn Scott                           3/1/2016
GRIEVANT'S SIGNATURE                 DATE

COPY

Commonwealth of Kentucky                     CPP 14.6 Attachment V, Rev. 3/2006
Department of Corrections – Health Care Grievance Process
Authorization for Release of Patient Information

The undersigned patient authorizes as indicated below the disclosure of the patient's health information.

Aaron Scott                                  255571
Name of Patient                              Inmate Number

All dates
Date(s) of Treatment to be Released

Records and information to be released from:          Records and information to be released to:
Department of Corrections and/or                      Any Corrections staff, health care provider, or other
                                                      individual who is involved in the grievance process for the
                                                      handling of patient's health care grievance including review
                                                      by an outside health care professional (if used in the
                                                      grievance process)

                                                      ☐ Grievance aides are to be excluded from this authorization if box is
                                                      checked.

Purpose of Disclosure:
Inmate Grievance Process

Information to be disclosed includes:

☐ Admission Records          ☐ Progress Notes                      ☐ Mental Health Records
☐ Discharge Instructions     ☐ Physical Therapy Notes              ☒ Complete Medical Records
☐ Radiology                  ☐ Dental Records
☐ Laboratory                 ☐ Optometry Records                   ☐ Other (Specify):
☐ Medication Records         ☐ Physician Orders/Prescriptions
☐ History and Physical       ☐ Medical Records from Outside Providers

*** I understand that the health records may contain information relating to testing, diagnosis, and/or treatment of hepatitis, HIV/AIDS, sexually transmitted diseases, sickle cell disease, and drug and/or alcohol abuse. I authorize the release of these records, if they are located in my health records, unless I have specifically marked out that type of record from this paragraph. ***

*** I understand that the health records may contain information that may relate to mental health, but are also medical in nature including but not limited to medication prescriptions and monitoring, mental status, functional status, and symptoms. I authorize the release of these records. I understand that this authorization does not include the separate mental health section of my medical record, unless it is marked specifically above. ***

REVOCATION AND TIME LIMITATION: I understand that this authorization may be revoked in writing at any time, except to the extent that action has been taken in reliance on this authorization. Unless otherwise revoked, this authorization will expire one year from the date of signature.

DISCLOSURE: The grievance process is confidential and disclosure of information gathered in the process is prohibited from disclosure outside of the grievance process without an authorization from the patient/inmate. Records pertaining to drug and/or alcohol abuse treatment are prohibited from disclosure pursuant to 42 C.F.R. Part 2 unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

I have read or been informed of the contents of this authorization and all areas were properly completed prior to my signature and I am aware that this form is not required as a condition for treatment. The facility, its employees, and agents are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

Aaron Scott  255571                          11/23/2016
Signature (Patient or Legal Representative and Title)   Date

_____              _____
Signature of Witness (if Patient signs with mark)       Date



Rev. 3/2006.

Attachment IV
CPP 14.6

# DEPARTMENT OF CORRECTIONS
# GRIEVANCE APPEAL FORM

Please complete this form and attach it to your grievance. Explain why you are appealing this grievance to the (Warden)/ Commissioner / Health Care Committee / Health Care Administrative Review (circle appropriate one).

GRIEVANT'S NAME: Avren Scott

GRIEVANCE NUMBER: 16-0052

GRIEVANT'S NUMBER: 258511

INSTITUTION: **KSR**

DATE APPEAL FILED:

RECEIVED MAR 18 2016 KSR GRIEVANCE OFFICE

Im appealing it Because I was forced to put a catheter in me in their was no medical reason what so ever to do so ~~[scribbled out]~~

Avren Scott
GRIEVANT'S SIGNATURE

3-18-2016
DATE



Rev. 3/2006

Attachment III General
CPP 14.6

## GRIEVANCE COMMITTEE

FINDINGS AND RECOMMENDATIONS       DATE **MAR 1 7 2016**

Committee agrees with Informal Resolution.

( ) I AM SATISFIED WITH THE RECOMMENDATION OF THE GRIEVANCE COMMITTEE

(✓) I WISH TO APPEAL THIS RECOMMENDATION TO THE WARDEN. (You have 3 working days to forward this form to the Warden.)

COMMITTEE MEMBERS:

Avren Scott  3/17/2016
GRIEVANT'S SIGNATURE / DATE

CHAIRPERSON

## WARDEN'S REVIEW

REVIEW AND DECISION                    March 23, 2016
                                       DATE OF DECISION

I have reviewed the grievance, responses and appeal and concur with the informal resolution in that ARNP Mike Haun, in consultation with Dr. Frederick Kemen, authorized the Foley Catheter due to the grievant's continued self-harming and assaultive behavior. It appears that the Medical staff decision was made in an attempt to be able to keep the grievant in continued soft restraints so that he could not have the ability to further self-harm, thus allowing him to heal from previously self-inflicted wounds. Additionally, maintaining the grievant in the soft restraints prevented him from using urine as a weapon against staff.

( ) I AM SATISFIED WITH THIS DECISION.

(✓) I WISH TO APPEAL THIS DECISION TO THE COMMISSIONER.
    (You have 3 working days to forward this form to the Grievance Coordinator for the Ombudsman.)

Avren Scott  4/6/16
GRIEVANT'S SIGNATURE / DATE            WARDEN'S SIGNATURE

COPY

Rev. 3/2006.

Attachment IV
CPP 14.6

## DEPARTMENT OF CORRECTIONS
## GRIEVANCE APPEAL FORM

Please complete this form and attach it to your grievance. Explain why you are appealing this grievance to the Warden / Commissioner / Health Care Committee / Health Care Administrative Review (circle appropriate one).

GRIEVANT'S NAME: Auten Scott

GRIEVANCE NUMBER: 16-0052

GRIEVANT'S NUMBER: 258811

INSTITUTION: KSR

DATE APPEAL FILED: APR 0 3 2016

Im appealing it Because I was forced to put a cathiter in me in there was no medical Reason what so ever in I feel like the did it for a punishment.

RECEIVED
APR 06 2016
KSR GRIEVANCE OFFICE

Auten Scott
GRIEVANT'S SIGNATURE

4/6/16
DATE





| Matthew G. Bevin<br>Governor | **JUSTICE AND PUBLIC SAFETY CABINET**<br><br>**Department of Corrections**<br>P O. Box 2400<br>Frankfort, Kentucky 40602<br>Phone (502) 564-4726<br>Fax (502) 564-5037<br>www.kentucky.gov | John C. Tilley<br>Secretary<br><br>Rodney Ballard<br>Commissioner |
|---|---|---|

April 11, 2016

Inmate Avren Scott #158511
Kentucky State Reformatory
3001 West Highway 146
LaGrange, Kentucky 40031



Dear Mr. Scott:

I am in receipt of your appeal to the Commissioner's office concerning Grievance 16-0052. After further review of this grievance I am sending it back to the institutional level to be re-processed as a medical grievance. The use of a catheter is a medical decision and the normal grievance process cannot be used to grieve a medical decision. You will have to utilize the medical grievance process if you feel the use of the catheter was inappropriate.

A copy of this letter will be sent to the facility.

Sincerely,

John M. Dunn
Ombudsman

cc:  Warden Aaron Smith, KSR
     Teresa Turner, KSR, Grievance Coordinator
     File

KentuckyUnbridledSpirit.com          Kentucky          An Equal Opportunity Employer M/F/D



# INMATE GRIEVANCE OFFICE
## Kentucky State Reformatory
### 3001 W. Hwy. 146
### LaGrange, Kentucky 40032

To: Aaron Smith, Warden

From: Teresa Turner, Grievance Coordinator

Date: June 14, 2016

In Re: Avern Scott 258511, Grievance No. 16-0052

Please find attached the following grievance. Below is a concise report of the timelines for the above.

| | |
|---|---|
| Incident: | January 20, 2016 |
| Filed: | January 28, 2016 |
| Signed Typed Copy: | February 2, 2016 |
| Sent to Informal: | February 5, 2016 |
| Received from Informal: | February 29, 2016 |
| Signed Informal: | March 1, 2016 |
| Regular Grievance CMTE: | March 17, 2016 |
| Appealed to Warden: | March 18, 2016 |
| Sent to Warden: | March 21, 2016 |
| Received from Warden: | April 4, 2016 |
| Appealed to Commiss.: | April 6, 2016 |
| Sent to Commiss.: | April 8, 2016 |
| Returned to Proceed as Medical Grievance: | April 19, 2016 |
| To Health Care Informal: | April 20, 2016 |
| Returned from HC Inf.: | May 11, 2016 |
| Signed HC Inf.: | May 16, 2016 |
| Appealed to HC CMTE: | May 19, 2016 |

COPY



# INMATE GRIEVANCE OFFICE
Kentucky State Reformatory
3001 W. Hwy. 146
LaGrange, Kentucky 40032

16 - 0052
Cat. 014C
To: Kristy Mullins
Approval:
Typed: 1/28/16 mo

*Do not write in box*

## GRIEVANCE INFORMATION FORM

(Please Print)

Name: Avren Scott    Number: 258511    Dorm: CPtu-C-wing

**BRIEF STATEMENT OF THE PROBLEM*:**

On Jan 20th 2016 I was in Nursery came strapped in 4 points and I was forced with a catheter inside me in there was no medical reason why I should get catheter in it hurt alot and painful in Dr Mike them them correct me with a catheter and Nurse Supervisor Sue and I told him no yell ain't got my consent to catheter

**ACTION REQUESTED:**

investiage in take appriate action

Avren Scott            1/28/2016
Grievant's Signature   Date

Walter Driver          1/28/16
Grievance Aide's Signature   Date Received

✓ Check here if grievance is
(Medical)/Dental/Mental
Health

Grievance Aides Allowed Access:
✓ YES ___ NO
(INMATE MUST INITIAL)
(Must have signed "HIPAA")

COPY

Rev. 8/2014

*One additional 8½ X 11 page (written on one side only) may be attached to the Brief Statement of the Problem (per CPP 14.6).

007034

Rev. 8/2013

Attachment I
CPP 14.6

## DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE INFORMATION FORM

**Kentucky State Reformatory**
NAME OF INSTITUTION

1/28/2016
DATE FILED

| **Avern Scott** | 16-0052 |
|---|---|
| GRIEVANT'S NAME | GRIEVANCE NUMBER |
| 258511 | |
| GRIEVANT'S NUMBER | UNIT/HOUSING ASSIGNMENT |

SUBJECT MATTER OF GRIEVANCE
**Medical / Dental / Mental Health**
**014b Quality of Health Care**

1. Department Regulations
2. Canteen
3. Conflict with Staff
4. Food
5. Furloughs
6. Inmate Accounts
7. Housing Assignments
8. Grievance Mechanism
9. Institutional Physical Conditions
10. Institutional Regulations
11. Job Assignments
12. Legal Services
13. Mail
14. Medical / Dental / Mental Health
a. Acccess to Health Care Services (Health Care)
b. Quality of Health Care (Helath Care)
c. Unfair or Discriminatory Treatment (Regular)
d. Safety or Sanitation (Regular)
15. Personal Property
16. Permission to Marry
17. Recreation
18. Religious Services
19. Telephone Calls
20. Treatment Program Assignments
21. Trips away from the Facility
22. Visiting

007034

DUE DATES

RECEIVED
AUG 15 2016
KSR GRIEVANCE OFFICE

MAY 1 1 2016        MAY 1 1 2016
Informal Resolution   KSR GRIEVANCE OFFICE

AUG 1 9 2016
JUN 1 1 2016
Grievance Committee

RECEIVED
SEP 0 2 2016
KSR GRIEVANCE OFFICE

8·23·16
Warden/Administrative Review

Notes/ETC.
Grievance Typed:

APR 2 0 2016  To Informal: **Mullins, RN Kristy**

MAY 2 0 2016  TO HCGC

JUN 1 6 2016  BACK TO INFORMAL

RECEIVED
JUL 1 9 2016
KSR GRIEVANCE OFFICE

JUL 2 9 2016  TO HCGC

8·25·16  TO FAR

SEP 0 2 2016  Complete

COPY

Rev. /2011

Attachment II
CPP 14.6

## DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE FORM

NAME: Avren Scott
INSTITUTIONAL NUMBER: 258511
UNIT/HOUSING ASSIGNMENT: CPTU-C

INSTITUTION: KSR
GRIEVANCE NUMBER: 16-C052
DATE RECEIVED: 1-28-16

**BRIEF STATEMENT OF THE PROBLEM:**
On Jan. 20th I was in Nursing Care strapped in 4 points and I was forced with a catheter inside me in their was no medical reason why I should got a catheter in it hurt a lot and painful in Dr. Mike then force3d me with a catheter and Nurse Sue and I told him no you ain't got my consent to catheter.

**ACTION REQUESTED:**
Investigate and take appropriate action.

_____    _____    Walter Dreier 2/2/16
GRIEVANT'S SIGNATURE      DATE        GRIEVANCE AIDE'S SIGNATURE

INFORMAL RESOLUTION STAGE

Order entered by Mike Haun on 1/20/16 for Im to have Foley catheter placed due to Im being a cutter and threatening staff. Foley catheter anchored so he couldn't throw urine on staff.

_____    2/26/16    _____
STAFF SIGNATURE    DATE       GRIEVANCE AIDE'S SIGNATURE / DATE

I am _____ or am not ✓ satisfied with this informal resolution to my grievance. (You have 5 working days to forward this form to the Grievance Coordinator to request a hearing.)

Avren Scott                     5/16/2016
GRIEVANT'S SIGNATURE            DATE

COPY

Commonwealth of Kentucky  CPP 14 6 Attachment V, Rev. 3/2006
Department of Corrections – Health Care Grievance Process
Authorization for Release of Patient Information

The undersigned patient authorizes as indicated below the disclosure of the patient's health information:

Auren Scott                              25551
Name of Patient                          Inmate Number

All dates
Date(s) of Treatment to be Released

Records and information to be released from:

Department of Corrections and/or

Records and information to be released to

Any Corrections staff, health care provider, or other individual who is involved in the grievance process for the handling of patient's health care grievance including review by an outside health care professional (if used in the grievance process)

☐ Grievance aides are to be excluded from this authorization if box is checked.

Purpose of Disclosure:

Inmate Grievance Process

Information to be disclosed includes:

☐ Admission Records         ☐ Progress Notes              ☐ Mental Health Records
☐ Discharge Instructions    ☐ Physical Therapy Notes      ☒ Complete Medical Records
☐ Radiology                 ☐ Dental Records
☐ Laboratory                ☐ Optometry Records           ☐ Other (Specify):
☐ Medication Records        ☐ Physician Orders/Prescriptions
☐ History and Physical      ☐ Medical Records from Outside Providers

*** I understand that the health records may contain information relating to testing, diagnosis, and/or treatment of hepatitis, HIV/AIDS, sexually transmitted diseases, sickle cell disease, and drug and/or alcohol abuse. I authorize the release of these records, if they are located in my health records, unless I have specifically marked out that type of record from this paragraph. ***

*** I understand that the health records may contain information that may relate to mental health, but are also medical in nature including but not limited to medication prescriptions and monitoring, mental status, functional status, and symptoms. I authorize the release of these records. I understand that this authorization does not include the separate mental health section of my medical record, unless it is marked specifically above. ***

REVOCATION AND TIME LIMITATION: I understand that this authorization may be revoked in writing at any time, except to the extent that action has been taken in reliance on this authorization. Unless otherwise revoked, this authorization will expire one year from the date of signature.

DISCLOSURE: The grievance process is confidential and disclosure of information gathered in the process is prohibited from disclosure outside of the grievance process without an authorization from the patient/inmate. Records pertaining to drug and/or alcohol abuse treatment are prohibited from disclosure pursuant to 42 C.F.R. Part 2 unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

I have read or been informed of the contents of this authorization and all areas were properly completed prior to my signature and I am aware that this form is not required as a condition for treatment. The facility, its employees, and agents are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

Auren Scott  25551                       1/28/016
Signature (Patient or Legal Representative and Title)   Date


Signature of Witness (if Patient signs with mark)       Date

COPY

Rev. 3/2006

Attachment IV
CPP 14.6

**DEPARTMENT OF CORRECTIONS**
**GRIEVANCE APPEAL FORM**

*RECEIVED MAY 19 2016*

Please complete this form and attach it to your grievance. Explain why you are appealing this grievance to the Warden / Commissioner / (Health Care Committee) / Health Care Administrative Review (circle appropriate one).

| GRIEVANT'S NAME: Avren Scott | GRIEVANCE NUMBER: 16-0052 |
|---|---|
| GRIEVANT'S NUMBER: 258511 | INSTITUTION: KSR |
| | DATE APPEAL FILED: MAY 19 2016 |

I feel like they catheter me for a punishment in I didn't have no medical reason to be catheter I feel like it was a retaliation.

Avren Scott
GRIEVANT'S SIGNATURE

5/19/2016
DATE


COPY

## REINVESTIGATION

See Attached

_____  _____
STAFF SIGNATURE              DATE

I am ____ or am not ✓ satisfied with this reinvestigation to my grievance. (You have 5 working days to forward this form to the Grievance Coordinator to request a hearing.)

Avon Scott                   7/22/2016
GRIEVANT'S SIGNATURE         DATE



COPY

Grievance No. 16-0052                                    Grievant: Avren Scott, 258511

## Informal Resolution Response

This grievance first came to my attention on July 15, 2016.

    A review of your medical record revealed that you were admitted to the nursing care facility from 12/30/2015 until 1/21/2015 for treatment of multiple self-inflicted lacerations. At times you were in four-point restraints to keep you from further injuring yourself. On 1/20/2016 Mike Haun, FNP, catheterized your bladder in order to prevent you from further assaulting NCF staff by throwing urine on them. Mr. Haun had obtained clearance for his plan before approaching you.

    After later review of the events of 1/20/2016, I spoke with Mr. Haun and informed him that bladder catheterization will not be done in the future unless a clear medical indication for that procedure is present.

_F. W. Kemen, MD_

Frederick W. Kemen, M.D.

Date: July 19, 2016



RECEIVED
JUL 19 2016
KSR GRIEVANCE OFFICE



COPY

Rev. 3/2006
Attachment IV
CPP 14.6

# DEPARTMENT OF CORRECTIONS
## GRIEVANCE APPEAL FORM

Please complete this form and attach it to your grievance. Explain why you are appealing this grievance to the Warden / Commissioner / Health Care Committee / Health Care Administrative Review (circle appropriate one).

GRIEVANT'S NAME: Auren Scott
GRIEVANCE NUMBER: 16-0052
GRIEVANT'S NUMBER: 255511
INSTITUTION: KSR
DATE APPEAL FILED: JUL 22 2016

Because I was cathertered with out my consent and they cathered me out of retaleation.

RECEIVED
JUL 22 2016
KSR GRIEVANCE OFFICE

Auren Scott
GRIEVANT'S SIGNATURE

7/22/2016
DATE


COPY



RECEIVED
AUG 15 2016
KSR GRIEVANCE OFFICE

Rev. 3 2006 Attachment III Health Care                                CPP 14.6
**HEALTH CARE GRIEVANCE COMMITTEE**

Avern Scott, 258511                    16-0052
Offender Name & Number                 Grievance Number

FINDINGS AND RECOMMENDATIONS DATE 8-11-2016
The Healthcare Grievance Committee has reviewed your chart and has instructed the Medical Director review with the providers proper clinical procedures and indicators for a foley catheter.

_____ RN for CCS
_____ BSN, CCS _____ TP
_____ RM-CCS

( ) I AM SATISFIED WITH THE RECOMMENDATION
OF THE GRIEVANCE COMMITTEE
(✓) I WISH TO APPEAL THIS RECOMMENDATION FOR
ADMINISTRATIVE REVIEW. (You have 3 working
days to forward this form to the Grievance Coordinator.)
Avren Scott
GRIEVANT'S SIGNATURE   DATE
**ADMINISTRATIVE REVIEW**
REVIEW AND DECISION DATE OF DECISION _____

MEDICAL DIRECTOR

COPY

KSR
8/22/16

Ms. Crews                                                                                          8-25-2016

This grievance was unable to be completed due to Grievance Aide Hawkins inability to complete rounds, as a direct result of staffing shortages, and Mr. Scott's continuous housing changes.

                                                                        Respectfully

                                                                        Howard Hawkins #172917

                                                                        *Howard J. Hawkins*  8-24-2016

COPY

Rev. 3/2006

Attachment IV
CPP 14.6

# DEPARTMENT OF CORRECTIONS
# GRIEVANCE APPEAL FORM

SCAN 8-25-16

DUE 8-23-16

Please complete this form and attach it to your grievance. Explain why you are appealing this grievance to the Warden / Commissioner / Health Care Committee / Health Care Administrative Review (circle appropriate one).

GRIEVANT'S NAME: Auren Scott

GRIEVANCE NUMBER: 16-0052

GRIEVANT'S NUMBER: 255851

INSTITUTION: **KSR**

DATE APPEAL FILED: _____

They Retaliated and cothered me with No medical excuse

GRIEVANT'S SIGNATURE: Auren Scott

DATE: 8-21-2016



> RECEIVED
> SEP 0 2 2016
> KSR GRIEVANCE OFFICE

Rev. 3 2006 Attachment III Health Care  CPP 14.6
**HEALTH CARE GRIEVANCE COMMITTEE**

Avem Scott, 258511                    16-0052
**Offender Name & Number**          **Grievance Number**

FINDINGS AND RECOMMENDATIONS DATE 8-11-2016
The Healthcare Grievance Committee has reviewed your chart and has instructed the Medical Director review with the providers proper clinical procedures and indicators for a foley catheter.

Amanda Hurdine, RN, RN-BSN, CCS
Tania Pin_roa RN, BSN, CCS
Bundy Burgh, RN
_____, RN-CCS

(✓) I AM SATISFIED WITH THE RECOMMENDATION
OF THE GRIEVANCE COMMITTEE
( ) I WISH TO APPEAL THIS RECOMMENDATION FOR
ADMINISTRATIVE REVIEW. (You have 3 working
days to forward this form to the Grievance Coordinator.)

**GRIEVANT'S SIGNATURE / DATE**
**ADMINISTRATIVE REVIEW**
REVIEW AND DECISION DATE OF DECISION 9/2/16
Concur with the Healthcare Grievance Committee

_____ Burkett APRN
**MEDICAL DIRECTOR**

COPY

KSR
8/22/16