Western District of Kentucky
Civil No: 3:16-cv-00815-DJH

Auren Lamont Scott, Pro'se
  Plaintiff

V.

Mike Haun, et al.
  Defendant

## Plaintiff Motion for Trial

Plaintiff, Auren Lamont Scott, Pro'se, is Respectfully asking the Courts to grant Plaintiff Motion for Trial.

Defendant, Mike Haun et al., voilated Plaintiff Eighth Amendment Constitutional Right under the Color of State Law using cruel unusual Punishment with excessive of force, Retiliating against Plaintiff mental Health Behaviors forcably in maleously catheteralizing Plaintiff while in four-Points Restraints strapped Down against his will with "No" "Medical indication present", and Defendant, Mike Haun et al., failed to state a medical indication present or anything that was medically wrong with Plaintiff Bladder at the time when Defendant, Mike Haun, Proformed the procedure on Plaintiff, Defendant, Mike Haun et al., stated multiple times that he catheteralize Plaintiff Bladder do to I/M Being

①

a cutter and Threatin to throw urine on Staff, which Plaintiff never throw urine on staff while in four-Point Restraints, Defendant, Mike Haun et al., also forcably catheteralize Plaintiff with out even attempt to ask Plaintiff for his consent or asking to sign a refusal, Defendant, Mike Haun et al., Summary Judgement was Denied Do to having "NO" Answers to "why" Defendant, Mike Haun et al., forcably Catheteralize Plaintiff with "NO Medical indication or reason" was Present, and Defendant, Mike Haun et al., failed to Show a medical indication. When the Judge Denied Plaintiff and Defendant, Mike Haun et al., Summary Judgement, The Judge couldn't make a Decision on Defendant, Mike Haun et al., "Subjective intent" at the time, So I ask the courts to grant Plaintiff Motion for Trial.

## Certification of Service

I sent a copy to william E. Sharp, Blackburn Domene & Burchett, PLLC, 614 west main Street, Suite 3000, Louisville, Ky 40202 and mailed out on May 28, 2019

Date: 5-28-19

Auren Scott
Plaintiff