Western District Court
District of Kentucky
Civil No: 3:16-CV-00815

Avren Lamont Scott 'Pro'se
Plaintiff

V.

Mike Haun et Al.
Defendants

## Motion for Enforcing Contempt of Court order on NON-Parties within 10 Days

Plaintiff, Avren Lamont Scott 'Pro'se, Respectfully Asking the court to grant Plaintiff Motion for Enforcing Contempt of court order on, NON-Parties (Commissioner of Kentucky Department of Corrections) due to failure to follow courts order of the Subpoena that Plaintiff filed to get the (9.1) Excessive force and Restraint Policie, which was suppost to been delivered to the Plaintiff on the Subpoena on December 31, 2019, which Plaintiff Never gotten a objection from the Non-Partie., Also Non-Partie (the warden) of Kentucky State Reformatory failure to follow Courts order of the Subpoena and Send the Plaintiff the Video footage that Plaintiff Requested on the Subpoena that the courts order, which the Non-Partie fail to send a objection to Plaintiff., the courts order the clerk's office multiple times to serve the Subpoenas to the U.S. Marshalls for Service which Plaintiff also Been through this multiple time with the clerks delay of Serving the Subpoenas for Service which its Been a on going for 3 months trying to get the clerks office to deliver the subpoenas to Both Non-Parties. Plaintiff is Asking the courts to grant Plaintiff motion.

### Certification of Service

A Copy of this Motion for Enforcing Contempt of court order on Non-Parties was sent By Mail on January 17, 2020.

Avren Scott

January 17, 2020
Date

TO: Clerk Office

This is Plaintiff, Avren Lamont Scott, Pro'se, And Im requesting a copy of my Docket sheet. My Civil Case Number is 3:16-CV-00815-JHW-CHL (Scott v. Haun et al.). thank you for your time to take care of my requests in to read my Letter.

Sincerely,

Avren Lamont Scott
Plaintiff, Pro'se

1/17/2020
Date

Avren Scott #258511
K.S.P.
7C/H-D-3
266 Water Street
Eddyville, Ky 42038

Kentucky State Penitentiary

Uncensored Inmate Mail
Not Responsible For Contents

Clerk office
Western District of Kentucky
United States District Courthouse
106 Gene Snyder, Suite 601
W. Broadway
Louisville, Ky 40202



$ 000.50
02 1P
0000935041   JAN 17 2020
MAILED FROM ZIP CODE 42038

10 JAN 22 PM 2:54