FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 APR -1  PM 2:12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

CASE NUMBER: 3:16-cv-00815-JRW-CHL

Avren Lamont Scott, Pro'se     PLAINTIFF(S)

v.

Mike Haun et Al.     DEFENDANT(S)

MOTION FOR Subpoena warrent on Docket (#98)
[state what you want the Court to do] Hand over Subpoena Evidence that was granted.

I, Avren Lamont Scott, the ☑ plaintiff / ☐ defendant [check the appropriate box] in the above-named proceeding, respectfully move this Court to issue an order to grant motion to take possession of the Subpoena Request of video footage of 1/20/2016 that Plaintiff, Avren Lamont Scott 'Pro'se Requested.
[state what you want the Court to do]

The reason(s) that I am entitled to the relief I seek is the following:

Plaintiff, Avren Lamont Scott 'pro'se, is Asking the Court to grant plaintiff motion and send a warrent to Ms. Anna Valentine the warden of Kentucky State Reformatory and take possession of the video footage and handed over to the plaintiff, Avren Lamont Scott 'pro'se, which the Courts granted Plaintiff Subpoena and that was Delivered to Ms. Anna Valentine (Docket # 98). Non-Partie Ms. Anna Valentine has failed to send plaintiff the copy of the video footage of when

plaintiff was forcefully catheteralized on 1/20/2016 and also fail to send a objection. By the non-Partie not following courts orders of the subpoena is interfering with plaintiff civil case, which plaintiff been waiting on the vide footage since (Doethet #98) 2-6-2020, and its a disruption to plaintiff civil case do to the delays of non-Partie Anna Valentine actions. So plaintiff, Auren Lamont Scott, is Respectfully asking the courts to grant plaintiff motion and send a warrent out to take possession of a copy of the video footage of 1/20/2016 when plaintiff was forcefully catheter By defendant Mike Haun et Al. and hand it over to the plaintiff.

_____
_____
_____
_____
_____
_____
_____

(You may use additional 8 1/2 x 11 paper if needed)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This **30** day of **March**, 20**20**

Signed: **Avren Scott**
[your signature]

Print your name: **Avren Scott**

[For use if you are a prisoner:]

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on **March 30, 2020**

Signed: **Avren Scott**
[your signature]

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above **motion for Subpoena warrant on Docket #98** was served upon
[name of document]

**William E. Sharp** by **mail** at **614 W. Main St, Suite 300**
[name of opposing party or counsel]  [mail or hand-delivery]  [address]

**Louisville, Ky 40202** on **March 30, 2020**
[date]

Signed: **Avren Scott**
[your signature]

Avren Scott #258511
K.S.P.
5-3-C-18
266 Water Street
Eddyville, Ky 42038

Kentucky State Penitentiary
Uncensored Inmate Mail
Not Responsible For Contents

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 APR -1 PM 2:13



Clerks office
United States District Court
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, Ky 40202