FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 JUN -8 PM 1:17

TO: Clerks office                                        6/5/2020
This is plaintiff, Avren Lamont Scott, and I'm
Requesting a update copy of my Civil Case Docket
Sheet. My Civil Case NO: 3:16-CV-815-JRW.
thanks for reading my concerns

Sincerely

Avren Lamont Scott
Plaintiff

Avren Scott #258511
K.S.P.
3-13-L-6
266 Water Street
Eddyville, Ky 42038



EVANSVILLE
IN 476
05 JUN '20
PM 2 L



Office of the Clerk
United States District Court
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, Ky 40202

40202-224999