**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:16-CV-815-JRW-CHL**

**AVREN LAMONT SCOTT,**                                                              **Plaintiff,**

v.

**MIKE HAUN, et al.,**                                                                          **Defendants.**

## SETTLEMENT CONFERENCE REPORT & ORDER

On July 14, 2020, the undersigned conducted a settlement conference in the above matter with the following appearances:

| | |
|---|---|
| FOR PLAINTIFF: | Avren Lamont Scott |
| FOR DEFENDANTS: | Dr. Frederick Kemen; Michael M. Haun; Ben Rice; Jennifer "Kim" Campbell; William E. Sharp, counsel |

Settlement negotiations were conducted in good faith, and the Parties reached an agreement for the resolution of all claims.

Accordingly,

IT IS HEREBY ORDERED that on or before **August 13, 2020**, the Parties shall file a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record
    July 15, 2020
:6.5